| | |
|---|---|
| 1 | Daniel G. Shay (SBN 250548) |
| 2 | DanielShay@TCPAFDCPA.com |
| | **LAW OFFICE OF DANIEL G. SHAY** |
| 3 | 409 Camino Del Rio South, Suite 101B |
| 4 | San Diego, CA  92108 |
| | Telephone: (619) 222-7429 |
| 5 | Facsimile:  (866) 431-3292 |
| 6 | *Attorney for Plaintiff* |
| 7 | Raymond Y. Kim (SBN 251210) |
| 8 | RKim@ReedSmith.com |
| | **REED SMITH, LLP** |
| 9 | 355 South Grand Avenue, Suite 2900 |
| 10 | Los Angeles, CA 90071-1514 |
| | Telephone: (213) 457-8000 |
| 11 | Facsimile: (213) 457-8080 |
| 12 | *Attorney for Defendant* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DOHERTY, on behalf of himself and all others similarly situated, | Case No.  3:16-cv-01131-AJB-NLS |
| | <u>CLASS ACTION</u> |
| Plaintiff, | |
| vs. | **JOINT MOTION AND STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II)** |
| BARCLAYS BANK DELAWARE, a Delaware Corporation, | |
| Defendant. | Honorable Anthony J. Battaglia |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Plaintiff Michael Doherty ("Plaintiff") and Defendant Barclays Bank Delaware ("Defendant") hereby state as follows:

  WHEREAS, Plaintiff's claims against Defendant have been resolved and through this motion the parties stipulate to dismissal of Plaintiff's claims with prejudice and dismissal of class claims without prejudice.

  NOW THEREFORE, Plaintiff and Defendant stipulate as follows:

1. Plaintiff hereby dismisses his claims against Defendant with prejudice.
2. The class claims are dismissed without prejudice.
3. The parties are to bear their own attorney fees and costs.
4. The parties request an order of dismissal of the entire action in conformity with the motion made herein.

**IT IS SO STIPULATED.**

              Respectfully submitted,

Date: August 10, 2017    LAW OFFICE OF DANIEL G. SHAY

              By: s/ Daniel G. Shay
              Daniel G. Shay, Esq.
              DanielShay@TCPAFDCPA.com
              *Attorney for Plaintiff*

Date: August 10, 2017    REED SMITH, LLP

              By: s/ Raymond Y. Kim
              Raymond Y. Kim, Esq.
              RKim@ReedSmith.com
              *Attorney for Defendant*

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Raymond Y. Kim, counsel for Barclays Bank Delaware, and that I have obtained his approval to affix his electronic signature to this document.

Dated:  August 10, 2017      By: s/ Daniel G. Shay
                                                    Daniel G. Shay, Esq.
                                                    DanielShay@TCPAFDCPA.com
                                                    Attorney for Plaintiff