# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOHERTY, on behalf of himself and all others similarly situated, | Case No. 3:16-cv-01131-AJB-NLS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | **ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II)** |
| BARCLAYS BANK DELAWARE, a Delaware Corporation, | |
| Defendant. | |

Having read and considered the Joint Motion and Stipulation for Dismissal filed by Plaintiff Michael Doherty and Defendant Barclays Bank,

IT IS HEREBY ORDERED, that the parties' Joint Motion for an Order dismissing the entire action with prejudice as to Plaintiff and without prejudice as to the class is hereby GRANTED. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: August 11, 2017

Hon. Anthony J. Battaglia
United States District Judge